UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LONNIE J. KAHOE, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-783** |
| **STATE OF LOUISIANA** | **SECTION "R" (5)** |

**ORDER**

Considering the foregoing Petition for writ of habeas corpus under 28 U.S.C. §2241 and the Orleans Parish District Attorney's Office's answer, it is ORDERED that the PETITION is [DISMISSED WITH PREJUDICE because it asserts no federal claims and seeks improper relief.] [or] [DISMISSED WITHOUT PREJUDICE because it contains unexhausted claims and because *Younger v. Harris*, 401 U.S. 37, 46 (1971) applies in this case.]

So Ordered,

_____
Hon. Sarah S. Vance
United States Magistrate Judge
Eastern District of Louisiana

NEW ORLEANS, LOUSIANA,

this, the \_\_\_\_\_ day of _____, 2022.