Case 2:22-cv-00783-SSV-MBN Document 62 Filed 12/23/22 Page 1 of 15

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Dec 23, 2022
CAROL L. MICHEL
CLERK
SMS        Mail

U.S. District Court
Eastern District of Louisiana (New Orleans)

Connie J. Kahoe Sr.           Civil Action
   vs.                        No. 22-783
State of Louisiana            Section "R" (2)

## Memorandum of Points and Authorities

In Response to Order and Reasons, Plaintiff, Connie Kahoe Sr., Prays, your Honorable court will grant a review and consider a Continuance on merit of the following FACTS: More than one reliable source, from Professionals of Orleans Parish Law Enforcement, have informed Mr. Kahoe, that the libel, slander, defamatory & Malicious Charges STEM from "Political Favors" for Members of the French Quarter Crime Syndicate, which alleged victim

1/18

Sarah Flynn (BARR) and Alleged Witness Ashley Cole are Involved. Along with Ashley's husband, NOPD Officer MARIO Cole and his Co-Worker Andrew VON (LastName unknown) where they are employed together, as Security, at Bourbon ST. Hustler Strip Club. Upon Notification of Initial Charges, seen on local News, 5/22/2019, {NOT ONE OFFICER EVER WENT to Mr. KAHOES Residence in Search of him or to notify of Charges, 3 blocks from Alleged Crime Scene} 3 days latter. Mr. KAHOE Contacted his former attorney Roger Kitchens, Law firm of Robert Blackburn, Frank DeSalvo & Roger Kitchens, and was told the Charges are a Vendetta for the THREATS Mr. KAHOE Allegedly made to Certain Peoples of "Connections".

2/13

*Month Prior to changes

In April, 2019, Mr. KAHOE questioned his then girlfriend, Sarah Flynn (BARR), about Rumors of her involvement in Prostitution and Sex & drug trafficking with "Certain" People in the French Quarter area — she denied all allegations. Immediatly, her friend Ashley Cole sent Mr. KAHOE Numerous text messages (April 2019) *month prior to changes- "That Her HUSBAND, MARIO Cole, (officer NOPD) and his friends were going to send Mr. KAHOE to Prison, that they had big Guns and Knew how to use them, that they had Connections with all Parishs." Public defenders Juan Friol & Investigator Sara Jones have Copies of these text messages — When alleged victims best friend from childhood, flew into New Orleans, from San Diego, to testify

3/B

to D.A. Leon Cannizzaro, that Sarah Confessed at the family X-mas Party, in San Diego 2019, about lying because Lonnie threatened to tell Sarah's father about her Involvement and Activities. In 2020, Sarah's best friend flew into New Orleans three times to speak with D.A.'s office about the Confession; she was Refused and denied, due to "Covid-19 Pandemic". On third attempt, friend returned back to San Diego; waiting on Trial date. Ashley Cole sent the friend (T.A.) text message and E-mail threats, that "if she trys to assist Mr. Kahoe in any way, she was going to prison with Mr. Kahoe" - P.D. Juan Fiol & Investigator Sara Jones have copies of these threats as well - (2020)

4/B

This is the Second Time NOPD officer Brandon Williams (3rd District) has Charged Mr. Kahoe with malicious fraudulent alligations with specific intent of slander, Extortion of Bonds & fines and wrongfull Incarceration as favor for members of French quarter Crime Syndicate which Brandon Williams Self-Proclaims, to be a Member of "THE FRENCH QUARTER GAY MAFIA"– 2016 Orleans Parish Municipal Court Section "A" No. 1130724, Section "C" # 1191387, & Orleans Criminal magistrate 584873 (3/20) which were approved by magistrate Judge Jonathan Friedman; Both times, Mr. Kahoe was Re-Arrested after Bond Paid, by manipulated reasons "Clerical Errors"–

5/13

After Re-Arrest in Jan. 2021, due to questionable request for Court Appearance by P.D. Juan Fiol (12/1/20) to Review Bond Amount, Motive of Conspiracy Overt Act with specific intent of Extortion, Mr. Kahoe informed P.D. Juan Fiol, he was NOT going to pay bond increase and to file a 2nd 701 Speedy Trial. (1st Filed by Mr. Kahoe 11/21/2019) P.D. Fiol told Mr. Kahoe the Trial will be in April, 2021, And then Refused and denied any further Conversations or Contact with Mr. Kahoe while he was Incarcerated - After Hundreds of Attempts by Phone & Mail, to O.P.D. office & Supervisors Derwyn Bunton, Sierra Thompson & Sara Jones, Mr. Kahoe was Ignored —

6/B

In April, Understood that Trial was to begin any day — Mr. Kahoe filed a letter of Termination to remove Jusufiol from Case for Suspicion of Malfesance & Extortion, willfully and Intentionally Ineffective assistance of Counsel, and Conspiracy to Withholding of Evidence — Mr. Kahoe Attempts to Notify Judge Heeman of P.D.'s fiols denial of Counsel were Pointless when Judge Heeman Refused, Adamitly, to Allow Mr. Kahoe to Speak in Court, Bound by the Conspiracy's Wider Scope — at which time, Mr. Kahoe filed A Motion to Recuse Heeman and Title XX Change of Venue, 4/5/2021 — only to be maliciously recieved by a Mental Incompetence Evaluation scam — 4/15/2021 —

7/B

over 1300 days since Accused, and NOT ONE word ever Mentioned in Heemans Courtroom involving the alleged Crimes or defendant allowed any foundational or Exculpatory evidence in his defense. On 4-30-2021, there was an alleged Mental Comp. Evaluation - Absolutly NOT A single Sentance or Bennett Criteria involved, yet on 5/20/21, under Oath, P.D Juan Fiol & Sanity Commissioner Richard Richoux found Mr. Kattos "Mentally Incompetent" And then held him for 4 months before Sending to ELMHS. On 3/4/22, Again, without A Single Sentance of Any Bennett Criteria Evaluation, Dr. Richoux found Mr. Kattos "Mentally Incompetent" - held Another 6 months, before Sending Mr. Kattos back to ELMHS - Meanwhile,

Section "I" Clerk Claire Livacarri and 4th Circuit Appeals Clerk Justin Wood's were posting in docket master & Court Records, that Mr. KAHOE "Failed to Appear" All Mental Status hearings 3/2/22 – 9/28/22, due to his being in ELMHS, Jackson, LA, undergoing drug treatment programs, while, IN FACT, Mr. KAHOE SAT in Orleans Parish Jail, with NO counsel, NO Treatments, NO Court; NOT A WORD from ANYONE Representing Public defenders since 4/5/2021 – over a Year! Complete Blatant Fraud by members of Community Forensic Services Lionel King, James Brad McConville, Jose Artecona and P.D. Juan Giol, All located together at 2601 Tulane Ave – along with "Sanity Commissions".

9/13

Evidence of Conspiracy to Mental health & Medicaid Fraud and Extortion of Bonds & Fines under the FALSE Claims ACT, qui Tam action - Along with Knowingly & Willfully Concealment of Evidence of Competency by Section "I" Law Clerk Michael Riethman, Claire Livacarri, P.D. Juan Fiol & ArT Rowe and Judge Karen Herman - Investigations of the UN-ethical malice and Conspiracy of this Abusive and Vendictive Prosecution will Prompt disbarment and Revocation of Liesence's to Practice Law & Medicine. WHEREAS, Mr. Kahoe prays your Honorable Court to Compel Production of the minutes and zoom Video recordings of the following

10/13

Court Sessions And Mental health, Incompetency Evaluations to review en banc, along with all documents and E-mails & Text messages Sent to P.D. Juan Fiol as defense by Mr. Kanoe.

Orleans Criminal Court Section "I", case 548-040

Minutes & Zoom Video Recordings: 11/21/2019 (12/1/2020, 12/17/2020) (4/30/2021, 5/20/2021) (3/4/2022, 3/10/2022) (10/14/2022, 10/27/2022) (11/17/2022, 12/8/2022) — less than 1/2 hour Combined TOTAL —

Conspiracy to Govt extortion, Mental Health Fraud, Medicaid Insurance Fraud, Corruption And Racketeering, RICO —

Respectfully Submitted,

12/15/2022
1305 days ———

Lonnie J. Kanoe SR.
O.P.S.O.# 2504769
3000 Perdido ST.
New Orleans, LA 70119

Copy: [signature] 12/16/22

11/13

In Reference to Younger v. Harris, the State Court Proceedings was brought in bad faith, with Sole purpose of Extortion and Wrongful Incarceration and defamation. Denial of La. C.Cr.P. Art. 644(B) Witness, Twice during Alleged Mental Evaluations Severely affected a substantial right. (Fed. R. Evid. 103). Shopard v. U.S., U.S. Sup. Ct. 1933. Denial of due Process (Rippo v. Baker, U.S. Sup. Ct. 2017), Sixth Amendment, right to Counsel (Gideon v. Wainwright, U.S. Sup. Ct. 1963), Fifth Amendment against Self-Incrimination, (Mallory v. Hogan, U.S. Sup. Ct. 1964). Eighth Amendment, Cruel & unusual Punishment, (Robinson v. California, U.S. Sup. Ct. 1962). Refusal of Counsel 4-30-21 Till 8-26-22, Excessive delay of due Process, 3 speedy Trial 701's. 2019, 2021, 22. Abusive Tactics and Malicious Mental Incompetence Hearings, Mental Incompetence Fraud — 1306 days ---

ADD 12/13

```
MIME-Version:1.0
From:Efile_Notice@laed.uscourts.gov
To:Efile_Information
Bcc:
--Case Participants: Bradley M. Scott (bscott@orleansda.com)
--Non Case Participants:
--No Notice Sent:

Message-Id:<11670490@laed.uscourts.gov>
Subject:Activity in Case 2:22-cv-00783-SSV-MBN Kahoe v. Louisiana State
Order on Motion to Change Venue
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

U.S. District Court
Eastern District of Louisiana

Notice of Electronic Filing
The following transaction was entered on 12/12/2022 12:33 PM CST and filed
on 12/12/2022

Case Name: Kahoe v. Louisiana State

Case Number: 2:22-cv-00783-SSV-MBN
https://ecf.laed.uscourts.gov/cgi-bin/DktRpt.pl?253129

Filer:


Document Number: 60


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.laed.uscourts.gov/doc1/085113282918?caseid=253129&de_seq_num=17
7&magic_num=MAGIC



Docket Text:
ORDER AND REASONS denying [5] Motion
to Change Venue; denying [9] Motion for C.Cr.P.ArT.649. The Court DISMISSES

WITHOUT PREJUDICE Kahoe's petition for habeas corpus under 28 U.S.C.
2241, and DENIES all outstanding motions as stated herein. Signed
by Judge Sarah S. Vance on 12/12/2022. (mm)



2:22-cv-00783-SSV-MBN Notice has been electronically mailed to:
Bradley M. Scott   bscott@orleansda.com


2:22-cv-00783-SSV-MBN Notice has been delivered by other means to:
Lonnie J. Kahoe, Sr
2504769
Orleans Justice Center (formerly Orleans Parish Prison)
3000 Perdido St.
New Orleans, LA 70119




The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1091133085 [Date=12/12/2022] [FileNumber=11670489-0]
```

12/16/22

13/13



Lonnie Kahoe Sr,
O.P.S.O. # 2504769
3000 Perdido St.
N.O.LA, 70119    2C-12

CLERK, U.S. District Court
Eastern District of Louisiana
500 Poydras St.
Suite C-151
New Orleans, LA 70130

— CONFIDENTIAL LeGAL MAIL —

70250q

12-15-2022

— Private Legal Documents —

Uncensored - OPSO
not responsible for contents

Name (last, first)    DOB    Folder#
Kalvos, Lonnie  11/21/1965  258269
c/o The Orleans Justice Center Indigent Mail
Location: Pod 2C-12
3000 Perdido Street
New Orleans, LA 70119